UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13-CR-00011 (01) |
| VERSUS | * | JUDGE FOOTE |
| RENE MICHAEL WARD (01) | * | MAG. JUDGE HANNA |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, RENE MICHAEL WARD, and adjudges him guilty of the offense charged in Counts Four (4) and Seven (7) of the Indictment against him.

IT IS FURTHER ORDERED that this matter remains set for sentencing on May 16, 2014 at 1:00 p.m. in Lafayette, before Judge Foote.

THUS DONE AND SIGNED in Shreveport, Louisiana, this ___ day of March, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE